FILED

11/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0254

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0254

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ANDREW ORLANDO BIGLEGGINS,

     Defendant and Appellant.

O R D E R

_____

Appellant Andrew Orlando Bigleggins, via counsel, was granted an extension of time to file and serve his opening brief on or before November 12, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 23, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 23 2021